James D. Carraway, Esq.
Nevada Bar No. 7642
**CARRAWAY & ASSOCIATES, LLC**
7674 W. Lake Mead Blvd., Suite 215
Las Vegas, Nevada 8928
Telephone: (702) 632-1580
Facsimile: (702) 632-1581
jcarraway@carrawaylaw.com

Kenneth W. Maxwell, Esq.
Nevada Bar No. 9389
**BAUMAN LOEWE WITT
& MAXWELL, P.L.L.C.**
8765 East Bell Road, Suite 204
Scottsdale, Arizona 85260
Telephone: (480) 502-4664
Facsimile: (480) 502-4774

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, a Foreign corporation, individually and as subrogee for its insured Joseph M. Holohan,<br><br>Plaintiff,<br><br>v.<br><br>BEAZER HOMES HOLDINGS CORP., a Delaware corporation; THE CHAMBERLAIN GROUP, INC. a Illinois corporation; and DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:09-cv-00626JCM-PAL<br><br>**ORDER DENYING BEAZER HOMES HOLDINGS CORP.'S MOTION FOR PARTIAL SUMMARY JUDGMENT UPON PLAINTIFF'S TORT CLAIMS FOR ECONOMIC DAMAGES AND THE CHAMBERLAIN GROUP, INC.'S JOINDER THERETO**<br><br>Honorable Judge James C. Mahan |

This matter having come before the Court for re-hearing on November 22, 2010, the Court having considered the papers and all other evidence on file, including the motion, joinder, opposition, reply, motion for reconsideration, opposition and reply and all supplements and errata's thereto, and good cause appearing, rules as follows:

1

**IT IS HEREY ORDERED,** Defendant/Cross-Claimant/Third Party Plaintiff, Beazer Homes Holdings Corporation's Motion for Partial Summary Judgment Upon Plaintiff's Tort Claims for Economic Damages, which was joined by The Chamberlain Group, Inc., is **DENIED** in its entirety, pursuant to the evidence and arguments presented to the Court.

DATED this 9th day of December, 2010.

                                            HONORABLE JUDGE JAMES C. MAHAN
                                            UNITED STATES DISTRICT COURT

Respectfully submitted,

**CARRAWAY & ASSOCIATES, LLC**

By:  /s/ James D. Carraway
     James D. Carraway, Esq.
     Nevada Bar No. 7642
     7674 W. Lake Mead Blvd., Suite 215
     Las Vegas, Nevada 8928
     Telephone:  (702) 632-1580
     Facsimile:  (702) 632-1581

     Kenneth W. Maxwell, Esq.
     Nevada Bar No. 9389
     **BAUMAN LOEWE WITT**
     **& MAXWELL, P.L.L.C.**
     8765 East Bell Road, Suite 204
     Scottsdale, Arizona  85260
     Telephone:  (480) 502-4664
     Facsimile:  (480) 502-4774
     Attorneys for Plaintiff