# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation, individually and as subrogee for its insured Joseph M. Holohan,

        Plaintiff,

v.

BEAZER HOMES HOLDINGS CORP., et al.,

        Defendants.

2:09-CV-626 JCM (PAL)

**ORDER**

Presently before the court is the matter of *Allied Property and Casualty Insurance Company v. Beazer Homes Holdings Corp., et. al.*, case number 2:09-cv-626-JCM-PAL.

Pursuant to an interview with United States Magistrate Judge Peggy Leen, who presided over the May 9, 2012, settlement conference (Doc. #111), the court finds that, according to the representations of the parties at the settlement conference, any settlement in this case was contingent on a good faith finding by this court.

IT IS SO ORDERED.

DATED June 26, 2012.

                                                                      */s/ James C. Mahan*
                                               UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**