# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>BEAZER HOMES HOLDING CORP., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:09-cv-00626-JCM-PAL<br><br>**ORDER**<br><br>(Mtn. for Removal - Dkt. #170) |

This matter is before the court on Plaintiff Allied Property & Casualty Insurance Company's Request to be Removed from Electronic Filing and Service List (Dkt. #170) filed July 3, 2012. The Motion requests that Brad R. Kohler, counsel for Plaintiff, and Peggy Sifling and Susan Owens, secretaries at Plaintiff's counsel's law firm, be removed from the court's electronic service list in this case. No reason is given for the request.

Special Order 109, which incorporates the court's Electronic Filing Procedures, requires attorneys who practice in this court to participate in the court's CM/ECF system. Additionally, LR 5-4 provides that transmission of a Notice of Electronic Filing constitutes service of a filed document upon each registered electronic filer in a case. Mr. Kohler is a registered CM/ECF filer and will not receive notices or service of documents in this case if he is removed from the electronic service list. He is counsel of record for Plaintiff, and receiving Notices of Electronic Filing is the only method to receive service of documents filed in this case.

Accordingly,

///

///

///

1  **IT IS ORDERED** that the Motion for Removal (Dkt. #170) is DENIED.

2  Dated this 11th day of July, 2012.

3
4
5  PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE