# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation, individually and as subrogee for its insured Joseph M. Holohan,<br><br>Plaintiff,<br><br>v.<br><br>BEAZER HOMES HOLDINGS CORP., et al.,<br><br>Defendants. | 2:09-CV-626 JCM (PAL) |

## ORDER

Presently before the court is the matter of *Allied Property and Casualty Insurance Company v. Beazer Homes Holdings Corp., et. al.*, case number 2:09-cv-626-JCM-PAL.

Trial in this case was originally scheduled for June 5, 2012. (Doc. #117). Prior to trial, defendant Chamberlain Group, Inc. filed a motion for a determination of a good faith settlement. (Doc. #125). The court denied this motion on June 15, 2012 (doc. #151), and Chamberlain filed a motion to reconsider (Doc. #154). The legal issues in this motion were not fully developed before the trial, so the court continued trial to allow for further briefing. (Doc. #162). The court granted Chamberlain's motion to reconsider after a hearing on July 25, 2012. (Doc. #174). Therefore, the instant case is now ready for trial.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that jury trial in the above-captioned case be, and the same hereby is, placed on the October 29, 2012, trial stack. Calendar call is set for October 23, 2012, at 1:30 PM in LV Courtroom 6A.

IT IS FURTHER ORDERED that Chamberlain Group, Inc.'s motion to continue trial (doc. #155) be, and the same hereby is, DENIED as moot.

DATED August 8, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**