Jeremy J. Nork, Esq.
Nevada Bar No. 4017
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART, LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
jnork@hollandhart.com
nelovelock@hollandhart.com

John P. Jacoby, Esq. *(pro hac admission)*
NYHAN, BAMBRICK KINZIE & LOWRY, P.C.
20 North Clark Street, Suite 100
Chicago, Illinois 60602-4195
(312) 629-9800
jpj@nbkllaw.com

Attorneys for Defendant The Chamberlain Group, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLIED PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br>v.<br><br>BEAZER HOMES HOLDINGS CORP., a Delaware corporation; THE CHAMBERLAIN GROUP, INC., an Illinois corporation; AND DOES 1 THROUGH X, Inclusive.<br><br>Defendants. | CASE NO. 2:09-cv-00626-JCM-PAL<br><br>**ORDER GRANTING THE CHAMBERLAIN GROUP, INC.'S MOTION FOR RECONSIDERATION OF THE ORDER DENYING THE CHAMBERLAIN GROUP, INC.'S MOTION FOR A DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>**AND**<br><br>**ORDER GRANTING THE CHAMBERLAIN GROUP, INC.'S MOTION FOR A DETERMINATION OF GOOD FAITH SETTLEMENT** |

The Chamberlain Group, Inc.'s Motion for Reconsideration of the Order Denying The Chamberlain Group Inc.'s Motion for a Determination of Good Faith Settlement (Doc. #154) and The Chamberlain Group, Inc.'s Motion for a Determination of Good Faith Settlement (Doc. #125) having come before the Court at 10:00 a.m. on July 25, 2012 with John P. Jacoby, Esq. and Nicole E. Lovelock, Esq. appearing on behalf of The Chamberlain Group, Inc., Andrew Green, Esq. appearing on behalf of Beazer Homes Holding Corp., and Kirk Walker,

5696988_1.DOC

1  Esq. appearing on behalf of Allied Property & Casualty Insurance Company, and the Court,
2  being fully advised in the premises, being fully briefed, hearing oral arguments from all parties,
3  and good cause appearing therefore, the Court enters the decision and order set forth herein:

4  **IT IS HEREBY ORDERED** that The Chamberlain Group, Inc.'s Motion for
5  Reconsideration of the Order Denying The Chamberlain Group Inc.'s Motion for a
6  Determination of Good Faith Settlement (Doc. #154) is GRANTED;

7  **IT IS FURTHER ORDERED** that The Chamberlain Group, Inc.'s Motion for a
8  Determination of Good Faith Settlement (Doc. #125) is GRANTED; and

9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGSAS, NEVADA 89134

5696988_1.DOC

---

**IT IS FURTHER ORDERED** that the Court's determination that a good faith settlement was reached by The Chamberlain Group, Inc. and Allied Property & Casualty Insurance Company extinguishes Beazer Homes Holding Corp.'s claims for equitable indemnity and contribution against The Chamberlain Group, Inc.

DATED August 9, 2012.

_____
UNITED STATES DISTRICT JUDGE

Approved by:

/s/ Jeremy J. Nork
Jeremy J. Nork, Esq.
Nicole E. Lovelock, Esq.
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

and

John P. Jacoby, Esq. *(pro hac admission)*
Nyhan, Bambrick Kinzie & Lowry, P.C.
20 North Clark Street, Suite 100
Chicago, Illinois 60602-4195

*Attorneys for Defendant The Chamberlain Group, Inc.*

Approved by:

/s/ Kirk Nevada Walker
Kirk Nevada Walker, Esq.
Bauman Loewe Witt & Maxwell, PLLC.
411 E. Bonneville Ave., Suite 100
Las Vegas, Nevada 89101

and

James D. Carraway, Esq.
Brad R. Kohler, Esq.
Carraway & Associates, LLC
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145

*Attorneys for Allied Property & Casualty Insurance Company, Inc.*

Approved by:

 NO RESPONSE
Andrew C. Green, Esq.
Koeller, Nebeker, Carlson & Haluck, LLP
300 South Fourth Street, Suite 500
Las Vegas, Nevada 89101

*Attorneys for Defendant Beazer Homes Holding Corp.*

5696988_1.DOC