# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation, individually and as subrogee for its insured Joseph M. Holohan,<br><br>Plaintiff,<br><br>v.<br><br>BEAZER HOMES HOLDINGS CORP., et al.,<br><br>Defendants. | 2:09-CV-626 JCM (PAL) |

**ORDER**

Presently before the court are defendant Beazer Homes Holding Corp.'s three motions for summary judgment. (Doc. # 185, 186, 187). Defendant filed these motions four weeks before this matter is scheduled to go to trial.

Fed. R. Civ. P. 56(b) provides that "[u]nless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery." Fed.R.Civ.P. 56(b).

The court issued a discovery and scheduling order that provided a discovery cutoff date and a deadline for dispositive motions. The dispositive motions deadline was set for November 19, 2009. (Doc. # 27). Then the court granted an extension of time to file dispositive motions to December 30, 2009. (Doc. # 56). The court has granted no further extensions.

. . .

**James C. Mahan**
**U.S. District Judge**

1   The instant motions were filed more than two and half years after the deadline to file such
2   motions had expired. Further, defendant did not seek leave of the court before filing these motions.
3   Thus, defendant's motions violate this court's order and Fed. R. Civ. P. 56(b).

4   Based on the foregoing,

5   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Beazer Homes
6   Holding Corp.'s three motions for summary judgment (doc. # 185, 186, 187) be, and the same hereby
7   are, DENIED.

8   DATED October 12, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -