**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation, individually and as subrogee for its insured Joseph M. Holohan,

  Plaintiff,

v.

BEAZER HOMES HOLDINGS CORP., et al.,

  Defendants.

2:09-CV-626 JCM (PAL)

**ORDER**

The court orders that the case of *Allied Property and Casualty Insurance Co. v. Beazer Homes Holdings Corp.*, 2:09-cv-00626-JCM (PAL), be scheduled for the March 11, 2013, trial stack. Counsel are to attend calendar call on March 6, 2013, at 1:30 p.m. in courtroom 6A.

DATED October 29, 2012.

_____
**UNITED STATES DISTRICT JUDGE**