MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
KOELLER NEBEKER CARLSON & HALUCK, LLP
300 South Fourth Street, Suite 500
Las Vegas, NV  89101
Phone:  (702) 853-5500
Fax:   (702) 853-5599
Attorneys for Defendant,
BEAZER HOMES HOLDINGS CORP.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, a Foreign corporation, individually and as subrogee for its insured Joseph M. Holohan;<br><br>Plaintiff,<br><br>vs.<br><br>BEAZER HOMES HOLDINGS CORPORATION, a Delaware Corporation; THE CHAMBERLAIN GROUP, INC., a Illinois corporation; and DOES I through X, inclusive;<br><br>Defendants. | CASE NO.: 2:09-CV-00626-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**COMES NOW,** Defendant, BEAZER HOMES HOLDINGS CORPORATION (hereinafter "Beazer"), by and through its counsel of record, Koeller, Nebeker, Carlson & Haluck, LLP and Plaintiff, Allied Property and Casualty Insurance Company (hereinafter "Allied"), by and through its attorneys of record of Bauman, Lowe, Witt & Maxwell and Carraway & Associates, that Plaintiff's Amended Complaint and any subsequent Complaint and/or related claims and causes of action are dismissed against Beazer with prejudice, each party to bear its own fees and costs.

///

///

///

///

1  **SO STIPULATED**.

2  DATED this 20th day of March, 2013.            DATED this 20th day of March, 2013,

3  KOELLER, NEBEKER, CARLSON &            BAUMAN, LOEWE, WITT & MAXWELL,
   HALUCK, LLP                                              PLLC

5  By____/s/ Andrew C. Green, Esq.____        By____/s/ Kirk Nevada Walker, Esq.____
       MEGAN K. DORSEY, ESQ.                        KIRK NEVADA WALKER, ESQ.
6      Nevada Bar No. 6959                          Nevada Bar No. 11315
       ANDREW C. GREEN, ESQ.                        411 E. Bonneville Avenue, Suite 100
7      Nevada Bar No. 9399                          Las Vegas, NV 89101
       300 S. Fourth Street, Suite 500
8      Las Vegas, NV  89101                         CARRAWAY & ASSOCIATES, LLC
       Attorneys for Defendant                      JAMES D. CARRAWAY, ESQ.
9      BEAZER HOMES HOLDING CORP.                   Nevada Bar No. 7642
                                                    7674 W. Lake Mead Boulevard, Suite 214
10                                                  Las Vegas, NV 89128

11                                                  Attorneys for Plaintiff,
                                                    ALLIED PROPERTY AND CASUALTY
12                                                  INSURANCE COMPANY

13 Respectfully submitted this 20th day of March, 2013, by:

14 KOELLER, NEBEKER, CARLSON &
   HALUCK, LLP

16 By____/s/ Andrew C. Green, Esq.____
       MEGAN K. DORSEY, ESQ.
       Nevada Bar No. 6959
17     ANDREW C. GREEN, ESQ.
       Nevada Bar No. 9399
18     300 S. Fourth Street, Suite 500
       Las Vegas, NV  89101
19     Attorneys for Defendant
   BEAZER HOMES HOLDING CORP.

21                                      **ORDER**

22         The Court accepts the above-referenced stipulation, and Plaintiff's Amended Complaint and

23 any subsequent Complaint and/or related claims and causes of action are hereby dismissed against Beazer with

24 prejudice, concluding this matter before this Court.

25         **IT IS SO ORDERED**  March 20, 2013.

26                                                  _____
                                                    UNITED STATES DISTRICT COURT JUDGE
27                                                  Honorable James C. Mahan