MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
KOELLER NEBEKER CARLSON & HALUCK, LLP
300 South Fourth Street, Suite 500
Las Vegas, NV  89101
Phone:  (702) 853-5500
Fax:   (702) 853-5599
Attorneys for Defendant,
BEAZER HOMES HOLDINGS CORP.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, a Foreign corporation, individually and as subrogee for its insured Joseph M. Holohan;<br><br>Plaintiff,<br><br>vs.<br><br>BEAZER HOMES HOLDINGS CORPORATION, a Delaware Corporation; THE CHAMBERLAIN GROUP, INC., a Illinois corporation; and DOES I through X, inclusive;<br><br>Defendants. | CASE NO.:  2:09-CV-00626-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**COMES NOW,** Defendant, BEAZER HOMES HOLDINGS CORPORATION (hereinafter "Beazer"), by and through its counsel of record, Koeller, Nebeker, Carlson & Haluck, LLP and Plaintiff, Allied Property and Casualty Insurance Company (hereinafter "Allied"), by and through its attorneys of record of Bauman, Lowe, Witt & Maxwell and Carraway & Associates, that Plaintiff's Amended Complaint and any subsequent Complaint and/or related claims and causes of action are dismissed against Beazer with prejudice, each party to bear its own fees and costs.

///

///

///

///

175640                                                   Page 1 of 2

**SO STIPULATED**.

DATED this 20th day of March, 2013.

KOELLER, NEBEKER, CARLSON & HALUCK, LLP

By   /s/ Andrew C. Green, Esq.
   MEGAN K. DORSEY, ESQ.
   Nevada Bar No. 6959
   ANDREW C. GREEN, ESQ.
   Nevada Bar No. 9399
   300 S. Fourth Street, Suite 500
   Las Vegas, NV  89101
   Attorneys for Defendant
   BEAZER HOMES HOLDING CORP.

DATED this 20th day of March, 2013,

BAUMAN, LOEWE, WITT & MAXWELL, PLLC

By   /s/ Kirk Nevada Walker, Esq.
   KIRK NEVADA WALKER, ESQ.
   Nevada Bar No. 11315
   411 E. Bonneville Avenue, Suite 100
   Las Vegas, NV 89101

   CARRAWAY & ASSOCIATES, LLC
   JAMES D. CARRAWAY, ESQ.
   Nevada Bar No. 7642
   7674 W. Lake Mead Boulevard, Suite 214
   Las Vegas, NV 89128

   Attorneys for Plaintiff,
   ALLIED PROPERTY AND CASUALTY
   INSURANCE COMPANY

Respectfully submitted this 20th day of March, 2013, by:

KOELLER, NEBEKER, CARLSON & HALUCK, LLP

By   /s/ Andrew C. Green, Esq.
   MEGAN K. DORSEY, ESQ.
   Nevada Bar No. 6959
   ANDREW C. GREEN, ESQ.
   Nevada Bar No. 9399
   300 S. Fourth Street, Suite 500
   Las Vegas, NV  89101
   Attorneys for Defendant
BEAZER HOMES HOLDING CORP.

## ORDER

The Court accepts the above-referenced stipulation, and Plaintiff's Amended Complaint and any subsequent Complaint and/or related claims and causes of action are hereby dismissed against Beazer with prejudice, concluding this matter before this Court.

**IT IS SO ORDERED**  March 20, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE
Honorable James C. Mahan